**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 97-2264**

———————————————

In Re: ANDREW R. SEBOK,

                                                    Appellant,

————————————————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DIRK LADSON, a/k/a Dezo, a/k/a Eugene Martin,

                                                    Defendant.

———————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-97-423-2)

———————————————

Submitted:  April 14, 1998                    Decided:  May 19, 1998

———————————————

Before LUTTIG and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Andrew R. Sebok, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrew R. Sebok appeals the district court's order imposing sanctions against him pursuant to Fed. R. Civ. P. 11. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See In re: Sebok, No. CA-97-423-2 (E.D. Va. Aug. 29, 1997). We note that although Sebok contends he did not join in noting the appeal of a motion filed on behalf of Dirk Ladson under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), Sebok's name and signature appear on the notice of appeal and the accompanying certificate of service. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2